L. RUTHER

V

MORGAN & MORGAN PA

Case: 1:19-cv-00341   (F Deck)
Assigned To : Unassigned
Assign. Date : 2/4/2019
Description: Pro Se Gen. Civil

SUIT 1787 US ART 4   1791 US 7   1868 US 14

1. I OFFER CONTRACT TO M&M
De UNN COURT JURY TRIAL
PEGASUS RESTORATIONS, $118,000.
LOUIS V, KY 40222
AUTO NATION FT LAUD FL 33301
CONTRACT $3,4MIL
M. & M NO SIGN CONTRACT

2. 1791 US 5 6 7 M&M DO JURY
TRIAL. MOTION JURY. CLASS $10,000,000 -

3. 1868 US 14 EQUAL PROTECT PROCESS.
TO U.S. PRES DO CRIME TRIAL, I US
US CORP. SELL SERVICE PRINT CONTRACT

4. 1865 US 13 M&M SLAVESNER IS
FOR THIS PEOPLE NO DO TRIAL.

5. SUMMONS, SUBPOENA
SCOTT WEINSTEIN.. 20 N CRANGE AV 1600
ORLANDO FL 32801 RECORDS & SUIT.
WE PEOPLE M&M NO DO CONTRACT
RUTHER 511 BAYSHER DR 301 FT LAUD
FL 33304   571 285754/

RECEIVED
FEB - 4 2019
Clerk, U.S. District &
Bankruptcy Courts

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

L RUTHER

MORGAN & MORGAN PA
_____
Plaintiff
v.

UNITED STA...
_____
Defendant

)
)
)
)
)
)

Civil Action No.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: SCOTT WEINSTEIN, 20 N. ORANGE AV 1600

ORLANDO FL 32801
(Name of person to whom this subpoena is directed)

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

YOUR RECORDS L. RUTHER

| Place: US MMZ 7439 COLTON LN MAN VA 20109 | Date and Time: M&M PC 7-13-18 9AM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____                    OR          RUTHER
Signature of Clerk or Deputy Clerk                 _____
                                                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
RUTHER 7439 COLTON LN MAN VA 20109
COLEMANJM1@AOL.C 5712857541
, who issues or requests this subpoena, are:

Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# CIVIL COVER SHEET

sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as es of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

TIFFS

*L RUTHER*

Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

*511 BAYSHOR DR*

*(Firm Name, Address, and Telephone Number)*

DEFENDANTS

*MORGAN & MORGAN PA*

County of Residence of First Listed Defendant

**Case: 1:19-cv-00341    (F Deck)**
**Assigned To : Unassigned**
**Assign. Date : 2/4/2019**
**Description: Pro Se Gen. Civil**

**ISDICTION** *(Place an "X" in One Box Only)*

☐ 3  Federal Question
     *(U.S. Government Not a Party)*

☒ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**NATURE OF SUIT** *(Place an "X" in One Box Only)*

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☒ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty

*Other:*
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

*FLASE CLAIMS*

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

RECEIVED
Mail Room

JAN 2 9 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
*42 USC NY D6 VICT FROM NY CRIME TRIM*

Brief description of cause:
*1791 USS 6,7  1868 V 14  1865 US 13.*

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *4,000,000,000*

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE *8-1-17-t.9*

SIGNATURE OF ATTORNEY OF RECORD *RUTHER*

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___