**FILED**

FEB 2 8 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

L. RUTHER,                                      :
                                                :
              Plaintiff,                        :
                                                :
      v.                                         :      Civil Action No. 19-0341 (UNA)
                                                :
MORGAN & MORGAN PA,                             :
                                                :
              Defendant.                        :

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED; it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED without prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: 2/28/19                    _____
                                      United States District Judge